UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - BAY CITY

IN THE MATTER OF:

BARRETT HOLLOWAY MOORE,
SS# xxx-xx-2220

Case No. 17-20106-dob
Chapter 7
Hon. Daniel S. Opperman

Debtor.
_____/

## SUPPLEMENTAL STATEMENT OF ATTORNEY FOR DEBTOR PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), hereby files this Supplemental Statement to disclose payment received for services provided to the Debtor (which payment has not previously been disclosed):

- On June 8, 2017 Wardrop & Wardrop, P.C. was paid $3,500.00, by a third party, for services rendered to the Debtor at and after the First Meeting of Creditors.

- No other payment has been received by Wardrop & Wardrop, P.C. since the filing of the original Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P. 2016(b), filed on January 24, 2017.

- This disclosure is made within 14 days of the receipt of payment.

Respectfully submitted,

WARDROP & WARDROP, P.C.,
Attorneys for Debtor

Dated: June 9, 2017

By: _____
Robert F. Wardrop II (P31639)
Business Address:
300 Ottawa Avenue, NW
Suite 150
Grand Rapids, MI 49503
(616) 459-1225
bkfilings@wardroplaw.com

663701060917.Supplemental Statement of Attorney