UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

*In re:*

BARRETT HOLLOWAY MOORE

SSN: xxx-xx-2220

Debtor.
_____/

Case No. 17-20106-dob
Chapter 7 filed 01/24/17
Hon. Daniel S. Opperman

## STIPULATION WITHDRAWING CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF AMENDED EXEMPTIONS

NOW COME the Chapter 7 Trustee Randall Frank, by and through his attorneys, Osipov Bigelman, PC, and the Debtor, Barrett Holloway Moore, by and through his attorneys, Wardrop & Wardrop, P.C., who in accordance with Local Bankruptcy Rule 9014-1(j), as the Debtor filed a Response (Doc 82) and a Second Amended Schedule C (Doc 83) to the Chapter 7 Trustee's Objection to Debtor's Claim of Amended Exemptions (Doc 75) and the Court set the matter for Hearing (Doc 84), hereby stipulate that the Chapter 7 Trustee's Objection to Debtor's Claim of Amended Exemptions be WITHDRAWN and the Hearing scheduled for June 22, 2017 at 1:30 p.m. at the U.S. Bankruptcy Court Courtroom, 111 First Street, Bay City, Michigan be canceled.

It is so agreed.

OSIPOV BIGELMAN, PC

Dated: June 21, 2017

By: /s/ Jeffrey H. Bigelman
Jeffrey H. Bigelman (P61755) with Consent
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
(248) 663-1800
jhb@osbig.com

Dated: June 21, 2017

WARDROP & WARDROP, P.C.

By: /s/ Denise D. Twinney
Robert F. Wardrop, II (P31639)
Denise D. Twinney (P40735)
Business Address:
   300 Ottawa Ave, NW, Ste. 150
   Grand Rapids, MI 49503
   (616) 459-1225
robb@wardroplaw.com
denise@wardroplaw.com

663701.062117.StipWD