UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

BARRETT HOLLOWAY MOORE,  Case No. 17-20106-dob
    Debtor.  Chapter 7 Proceeding
                                                                                                                              Hon. Daniel S. Opperman

_____/

ORDER DISQUALIFYING OSIPOV BIGELMAN, P.C.,
AS SPECIAL LITIGATION COUNSEL FOR TRUSTEE

For the reasons stated in an Opinion of even date, the Court has determined that Osipov Bigelman, P.C. is disqualified from representing the Trustee in this case.

NOW, THEREFORE, IT IS HEREBY ORDERED that Osipov Bigelman, P.C. is disqualified from representing the Chapter 7 Trustee, Randall Frank, in this action.

**Signed on July 14, 2017**

                                               /s/ Daniel S. Opperman
                                             **Daniel S. Opperman**
                                             **United States Bankruptcy Judge**