| | | |
|---|---|---|
| Case No.: 17-20106 | Trustee Name: | Randall L. Frank |
| Case Name: MOORE, BARRETT HOLLOWAY | Date Filed (f) or Converted (c): | 01/24/2017 (f) |
| For the Period Ending: 06/30/2017 | §341(a) Meeting Date: | 02/28/2017 |
| | Claims Bar Date: | 10/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| Ref. # | | | | | |
| 1  Personal effects (Household Goods and Furnishings owned by non-filing spouse and/or home's record owner) | $100.00 | $0.00 | | $0.00 | FA |
| 2  Computer and printer | $400.00 | $0.00 | | $0.00 | FA |
| 3  Books, family pictures | $100.00 | $0.00 | | $0.00 | FA |
| 4  Sig Sauer Pistols, (six 220s, one .357), pieces, parts, ammunition (only one pistol fully operative) (registered with State of Michigan for concealed carry permit) | $650.00 | $0.00 | | $0.00 | FA |
| 5  Wearing apparel, coats, shoes, accessories | $800.00 | $0.00 | | $0.00 | FA |
| 6  Wedding ring | $150.00 | $0.00 | | $0.00 | FA |
| 7  Tools, pocket knife, pocket flashlight, wallet keychain, Sunglasses, sundries | $500.00 | $0.00 | | $0.00 | FA |
| 8  Cash on hand | $48.00 | $0.00 | | $0.00 | FA |
| 9  Checking Chase Bank account ending in 9088 | $45.87 | $0.00 | | $0.00 | FA |
| 10  Savings Chase Bank IUMTA for minor son | $15.00 | $0.00 | | $0.00 | FA |
| 11  Barrett H. Moore Trust under Agreement dated May 20, 1994 as amended / restated 11/22/06: no remaining assets (Citizens Nat'l Bank of Cheboygan post 2011 Judgment collection / foreclosures) | $1.00 | $0.00 | | $0.00 | $1.00 |
| 12  remainder interest with sister to Sybil Nelson Trust Agreement | Unknown | Unknown | | $0.00 | Unknown |
| 13  Barrett H Moore Irrevocable Insurance Trust under Agreement dated 12/27/1999 - no remaining assets | $1.00 | $0.00 | | $0.00 | $1.00 |
| 14  Option to Purchase real property adjacent to (west of, between house property) 2501 Resort Rd., Alanson, MI - original 10 acre parcel titled to O'Malley may have subsequently been split/transferred: PP#161-016-100-024-00 is a 3 acre parcell | Unknown | $0.00 | | $0.00 | $0.00 |

| Case No.: | 17-20106 | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | MOORE, BARRETT HOLLOWAY | | Date Filed (f) or Converted (c): | 01/24/2017 (f) |
| For the Period Ending: | 06/30/2017 | | §341(a) Meeting Date: | 02/28/2017 |
| | | | Claims Bar Date: | 10/16/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| 15 | Patent No.: US 7,797,169 Method of Facilitating Obtaining, Storing, and Subsequently Conveying Information between Related Generations and Patent No.: US 8,082,166 Method of Facilitating Obtaining, Storing, and Subsequently Conveying Organization's info... Assignment to Mary S. Moore dated 10/12/2009 reflected on US Patent and Trademark Office website abstracts | $2.00 | $0.00 | | $0.00 | $2.00 |
| 16 | Two expired U.S. Patents: 5,441,355 and 5,632,948 261 trade secrets not in Debtor's possession (lawsuit filed regarding stolen hard drive, motion for protective order denied) | $500.00 | $0.00 | | $0.00 | $500.00 |
| 17 | website/social media not property of estate as Debtor not owner (registrant organization) of urls: barrethollowaymoore.net/org/com/.us; Barretthmoore.net/org/com/.us; barrettmoore.net/org/com/.us; barrett-moore.net/org/com/.us; barrett-h-moore.net/org/com; barrett-holloway-moore.net/org/com; MooreBarrett.com; DeclaineOfAmericanPower.com; GlobalFinancialInstability.com; PreparednessWager.com; Social-Castrophe.com; CivilDefense.com; NoQuarter.net/com; LifeContinuity.comm | $500.00 | $0.00 | | $0.00 | FA |
| 18 | Pilot Certificate | $1.00 | $0.00 | | $0.00 | FA |
| 19 | 2006 (approximately) $50,000 loan to Jim Vonkruetter - believe uncollectable, no current address | $1.00 | $0.00 | | $0.00 | FA |

SUBTOTALS $0.00 $0.00

| Case No.: | 17-20106 | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | MOORE, BARRETT HOLLOWAY | | Date Filed (f) or Converted (c): | 01/24/2017 (f) |
| For the Period Ending: | 06/30/2017 | | §341(a) Meeting Date: | 02/28/2017 |
| | | | Claims Bar Date: | 10/16/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| 20 | Theodore A Myers, step-father passed away 2015, Debtor believed named in Will but no contact from Estate, other heirs: recently procured Pima County AZ Superior Court #PB20160664 docket.. | Unknown | Unknown | | $0.00 | Unknown |
| 21 | Debtor is Appellant in Thor v. Moore pending in MI Court of Appeals #332813 | Unknown | Unknown | | $0.00 | Unknown |
| 22 | Potential party to action(s) against professionals (conferred with state court counsel, not pursued due to limited resources): Sandra Jasinski, Esq.: possible fraud upon a Court, consumer / lender fraud, tortious interference, defamation claims; David Barton, Esq.: possible fraud upon a Court, consumer / lender fraud claims; Bodman PLC: possible fraud upon a Court, consumer / lender fraud and tortious interference claims; Jennifer Schafer, Esq.: possible defamation claim; and against individual Brad Thor: possible defamation and perjury claims | Unknown | Unknown | | $0.00 | Unknown |
| 23 | 2017 Federal and State Income Tax refunds attributed to period 01/01/2017 - 01/24/2017 Petition Date - None anticipated as Debtor currently unemployed | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$3,814.87     $0.00     $0.00     $504.00

**Major Activities affecting case closing:**

06/18/2017    Awaiting 2004 Examination to help determine if we have information on all assets of the estate. Also investigating possibility of filing a §727 Complaint.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2018 | /s/ RANDALL L. FRANK | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2018 | RANDALL L. FRANK | |