UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN THE MATTER OF:

BARRETT HOLLOWAY MOORE,
SS# xxx-xx-2220

Debtor.
_____/

Case No. 17-20106-dob
Chapter 7 filed 01/24/2017
Hon. Daniel S. Opperman

### **DEBTOR'S MOTION FOR ENTRY OF PROTECTIVE ORDER (TRIPLE CANOPY)**

NOW COMES the Debtor, Barrett Holloway Moore, by and through his undersigned counsel, and pursuant to Local Bankruptcy Rule 9014-1 requests that the Court enter a Protective Order (Triple Canopy) with respect to certain documents relating to a settlement of litigation entered into pre-petition by the Debtor. In support of his Motion, the Debtor states as follows:

1. Debtor filed a Petition for Relief under Chapter 7 of the U.S. Bankruptcy Code on January 24, 2017.

2. Randall Frank is the duly appointed Chapter 7 Trustee in this bankruptcy proceeding.

3. Pursuant to Paragraph 18 of this Court's June 9, 2017 Order Granting Stipulation for 2004 Examination of Debtor (Dkt. #96), the Debtor and the Chapter 7 Trustee have negotiated a proposed protective order, a copy of which is attached hereto and incorporated herein as Exhibit 1, (the "Triple Canopy Protective Order").

4. The Triple Canopy Protective Order is necessary and required for the Debtor to comply with the nondisclosure provisions contained in a Settlement Agreement and Mutual General Release ("Agreement") effective November 23, 2005. The Agreement related to resolution of all disputes between the parties thereto including civil litigation (United States District Court for the Northern District of Illinois Civil Action No. 1:04-cv-03265, Cook County Illinois Circuit Court Case Nos. 04 CH 199992 and 04 CH 20543, Illinois Appellate Court No. 05 1725), arbitration (American Arbitration Association claim No.

51 168 M 01941 04) and a patent proceeding (United States Patent and Trademark Office No.91164053).

5. The Debtor believes that approval and entry of the Triple Canopy Protective Order is in the best interest of all parties by affording sufficient access to documents and information to enable the Trustee to perform his duties as Chapter 7 Trustee of this Estate while preventing the disclosure of confidential information unrelated to the administration of this Estate.

6. In accordance with Local Bankruptcy Rule 9014-1(c) a form Notice of Motion and Opportunity to Object is attached hereto as Exhibit 2 and a Certificate of Service is attached hereto as Exhibit 3.

WHEREFORE, the Debtor, Barrett Holloway Moore, respectfully requests the Court, following notice, enter the Triple Canopy Protective Order in addition to such other and further relief as is just.

Dated: October 5, 2017

WARDROP & WARDROP, P.C.

By: _____
Robert F. Wardrop II (P31639)
Business Address:
300 Ottawa Avenue, NW, Ste. 150
Grand Rapids, MI 49503
(616) 459-1225
robb@wardroplaw.com

663701.092817.TripleCanopyMotionPO