# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION – BAY CITY

IN THE MATTER OF:

BARRETT HOLLOWAY MOORE,　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　Case No. 17-20106-dob
　　　　　　　　　　　　　　　　　　　　　Hon. Daniel S. Opperman
　　　　　　　　　Debtor.
_____/

## MOTION FOR RECONSIDERATION OF PROTECTIVE ORDER

Creditor Brad Thor ("Mr. Thor") by his counsel, files this *Motion for Reconsideration of Protective Order*. In support thereof, Mr. Thor relies on the brief attached hereto as **Exhibit 3** and the pleadings that have been filed in the above-captioned bankruptcy case.

WHEREFORE, for the reasons set forth in the attached brief, Mr. Thor requests that the Court grant this motion and vacate the Protective Order (Dated: October 3, 2017) [Docket No. 138].

Dated: October 16, 2017　　　　　　　　　Respectfully submitted by:

　　　　　　　　　　　　　　　　　　　　　**THE DRAGICH LAW FIRM PLLC**

　　　　　　　　　　　　　　　　　　　　　By: /s/ David G. Dragich
　　　　　　　　　　　　　　　　　　　　　David G. Dragich (P63234)
　　　　　　　　　　　　　　　　　　　　　Amanda Vintevoghel (P76567)
　　　　　　　　　　　　　　　　　　　　　17000 Kercheval Avenue, Suite 210
　　　　　　　　　　　　　　　　　　　　　Grosse Pointe, MI 48230
　　　　　　　　　　　　　　　　　　　　　(313) 886-4550 (Telephone)
　　　　　　　　　　　　　　　　　　　　　ddragich@dragichlaw.com
　　　　　　　　　　　　　　　　　　　　　avintevoghel@dragichlaw.com

　　　　　　　　　　　　　　　　　　　　　Counsel for Creditor Brad Thor