UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BARRETT HOLLOWAY MOORE, | ) | Case No. 17-20106-dob |
| | ) | |
| Debtor. | ) | Hon. Daniel S. Opperman |
| _____/ | | |

## ORDER LIFTING AUTOMATIC STAY OF APPEAL

Creditor Brad Thor ("Mr. Thor"), having filed his *Motion for Relief from Automatic Stay to Pursue Appeal*, with his brief in support thereof, and proper notice having been given to all interested parties, and the matter having come for review and decision by the Court, and such objections having been overruled; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. § 362 is lifted for the purpose of allowing *Brad Thor v. Barret H. Moore and McMichael Road, LLC*, Case No. 332813 pending in the State of Michigan Court of Appeals (the "Appeal") to continue;

IT IS FURTHER ORDERED that the automatic stay is not lifted as to any collection efforts against Debtor Barrett H. Moore; and

IT IS FURTHER ORDERED that Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and the Debtor or Mr. Thor is authorized to immediately file a motion to reopen the Appeal.

IT IS SO ORDERED.

**Signed on November 03, 2017**



/s/ Daniel S. Opperman

**Daniel S. Opperman
United States Bankruptcy Judge**