# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
## TRANSCRIPT ORDER FORM

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name Robert F Wardrop II

Firm ___Wardrop & Wardrop, P.C._____

Address _300 Ottawa Ave., NW Ste 150_____

City, State, Zip _Grand Rapids, MI 49503

Phone _____616-459-1225_____

Email _____wendy@wardroplaw.com

**Case/Debtor Name:** Barrett Holloway Moore

**Case Number:** 17-20106-dob

**Chapter:** 7

**Hearing Judge** Daniel S Opperman

☒ Bankruptcy  ☐ Adversary

☐ Appeal     Appeal No: _____

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

Date of Hearing: __11/2/17___ Time of Hearing: __1:30 p.m.__ Title of Hearing: Debtor's Motions for Protective Orders, Creditor's Motion for Reconsideration, Relief from Stay

Please specify portion of hearing requested: ☐ Original/Unredacted ☐ Redacted ☐ Copy (2nd Party)

☒ Entire Hearing  ☐ Ruling/Opinion of Judge  ☐ Testimony of Witness  ☐ Other

Special Instructions: _____

**Type of Request:**

☐ Ordinary Transcript - $3.65 per page (30 calendar days)

☐ 14-Day Transcript - $4.25 per page (14 calendar days)

☐ Expedited Transcript - $4.85 per page (7 working days)

☐ Transcript Designated for an Appeal - $3.65 per page (30 calendar days) Date Notice of Appeal Filed:_____

☒ CD - $31; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date                     By

Order Received:

Transcript Ordered

Transcript Received

_Denise D Twiney_ for Robert F. Wardrop, II (P40735) Date: 11/06/2017

By signing, I certify that I will pay all charges upon completion of the transcript ordered.