UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN THE MATTER OF:

BARRETT HOLLOWAY MOORE,
SS# xxx-xx-2220

    Debtor.
_____/

Case No. 17-20106-dob
Chapter 7 filed 01/24/2017
Hon. Daniel S. Opperman

### DEBTOR'S AMENDED MOTION FOR ENTRY OF PROTECTIVE ORDER (TEMPLETON)

NOW COMES the Debtor, Barrett Holloway Moore, by and through his undersigned counsel, and pursuant to Local Bankruptcy Rule 9014-1 requests that the Court enter a Revised Protective Order (Templeton) with respect to certain documents relating to a settlement of litigation entered into pre-petition by the Debtor. In support of his Motion, the Debtor states as follows:

1. Debtor filed a Petition for Relief under Chapter 7 of the U.S. Bankruptcy Code on January 24, 2017.

2. Randall Frank is the duly appointed Chapter 7 Trustee in this bankruptcy proceeding.

3. Pursuant to Paragraph 18 of this Court's June 9, 2017 Order Granting Stipulation for 2004 Examination of Debtor (Dkt. #96), the Debtor and the Chapter 7 Trustee have negotiated a proposed protective order, a copy of which is attached hereto and incorporated herein as Exhibit 1, (the "Templeton Protective Order").

4. The Templeton Protective Order is necessary and required for the Debtor to comply with the nondisclosure provisions contained in a Settlement Agreement and Mutual General Release ("Agreement") effective November 23, 2005. The Agreement related to resolution of all disputes between the parties thereto including civil litigation (United States District Court for the Northern District of Illinois Civil Action No. 1:04-cv-03265, Cook County Illinois Circuit Court Case Nos. 04 CH 199992 and 04 CH 20543, Illinois Appellate Court No. 05 1725), arbitration (American Arbitration Association claim No.

51 168 M 01941 04) and a patent proceeding (United States Patent and Trademark Office No.91164053).

5. Debtor previously filed a document entitled Debtor's Motion for Entry of Protective Order (Templeton) (Dkt. #141) which was served on Notice and Opportunity to Object. Creditor Brad Thor filed an Objection and the Court held a hearing on Creditor Brad Thor's Objection. Subsequent thereto the parties who appeared at the hearing on the Objection conducted discussions regarding revisions to the proposed Protective Order. The Revised Protective Order was agreed to by the parties participating in the negotiations.

6. Because certain parties to the Consent Protective Order (Templeton) were not parties to the negotiations, the Debtor believes it is in the best interest of all parties and judicial economy and in the interest of due process, that all parties to the Templeton Settlement Agreement receive notice of the terms of the revised Protective Order and be afforded an opportunity to object to the same.

7. The Debtor believes that approval and entry of the revised Protective Order is in the best interest of all parties by affording sufficient access to documents and information to enable the Trustee to perform his duties as Chapter 7 Trustee of this Estate while preventing the disclosure of confidential information unrelated to the administration of this Estate.

8. In accordance with Local Bankruptcy Rule 9014-1(c) a form Notice of Motion and Opportunity to Object is attached hereto as Exhibit 2 and a Certificate of Service is attached hereto as Exhibit 3.

WHEREFORE, the Debtor, Barrett Holloway Moore, respectfully requests the Court, following notice, enter the Consent Protective Order (Templeton), in addition to such other and

further relief as is just.

Dated: November 17, 2017

WARDROP & WARDROP, P.C.

By: /s/ Robert F. Wardrop II
Robert F. Wardrop II (P31639)
Business Address:
300 Ottawa Avenue, NW, Ste. 150
Grand Rapids, MI 49503
(616) 459-1225
robb@wardroplaw.com

663701111617.Motion for Entry of Protective Order (Templeton)