UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

BARRETT HOLLOWAY MOORE,     Case No. 17-20106-DOB

                            Chapter 7 Proceeding
_____/    Honorable Daniel S. Opperman

## NOTICE OF UNCLAIMED FUNDS OR
## FUNDS UNDER $5 TO BE DEPOSITED IN THE U.S. REGISTRY

The attached check represents the total sum of unclaimed dividends in this estate and is to be paid to the Court pursuant to 11 U.S.C §347(a), in the amount of $2,780.38. The name(s) of the parties, claim number(s) and amount(s) to unclaimed dividends is/are as follows:

| | | | |
|---|---|---|---|
| (1) | Kevin Ryan<br>Claim No. 14 | | $209.40 |
| (2) | Philip Mondrowski<br>Claim No.15 | | $112.31 |
| (3) | Mike Manderson<br>Claim No. 18 | | <u>$2,458.67</u> |
| | TOTAL | | $2,780.38 |

DATED: June 25, 2020              /s/ Randall L. Frank

                                  _____
                                  Randall L. Frank (P33189)
                                  Chapter 7 Trustee
                                  P.O. Box 2220
                                  Bay City, MI 48707-2220
                                  (989) 893-2461
                                  randall.frank@gmail.com